Toni J. PEARSON, et al., Respondents,

v.

Daniel JACKSON, Appellant.

No. 70980.

Missouri Court of Appeals,
Eastern District,
Division One.

June 17, 1997.

Mark G. Arnold, Husch & Eppenberger, St. Louis, for appellant.

Jack R. Charter, Asst. Circuit Atty., St. Louis, for respondent.

Before DOWD, P.J., and REINHARD, and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Daniel Jackson, appeals the judgment entered by the Circuit Court of the City of St. Louis declaring him the natural father of L.P. and ordering that he pay past and prospective child support. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is supported by substantial evidence and is not against the weight of the evidence, and no error of law appears. As we further find an extended opinion would serve no jurisprudential purpose, we affirm the trial court pursuant to Rule 84.16(b).

Dana IVY, Appellant,

v.

Timothy PETTUS, Respondent.

No. 70726.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 17, 1997.

Dana Ivy, Mineral Point, party acting pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, John J. Lynch, Asst. Atty. Gen., St. Louis, for respondent.

Before CRANE, P.J., and EDWIN H. SMITH and PUDLOWSKI, JJ.

*ORDER*

PER CURIAM.

The judgment of the trial court in favor of defendant is affirmed. Rule 84.16(b).